## MORICO v. UNITED STATES

No. 672. Decided June 29, 1970*

PER CURIAM.

Motions for leave to proceed *in forma pauperis* in Misc. Nos. 35, 88, and 738, granted. The petitions for writs of certiorari are granted, the judgments are vacated, and the cases are remanded for further consideration in light of *Welsh* v. *United States,* 398 U. S. 333.

THE CHIEF JUSTICE, MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be denied.

---

*Together with No. 35, Misc., *Vaughn* v. *United States,* on petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit; No. 88, Misc., *McQueary* v. *United States,* and No. 738, Misc., *Callison* v. *United States,* on petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit.